**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| STEVEN B. CAMPBELL, #02516311, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:25-cv-193-JDK-JDL |
| | § | |
| BRADSHAW STATE JAIL, et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Plaintiff Steven Bernard Campbell, a Texas prisoner incarcerated within the Bradshaw State Jail proceeding pro se and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 alleging violations of his constitutional rights while imprisoned.  The case was referred to United States Magistrate Judge John D. Love for findings of fact, conclusions of law, and recommendations for the disposition of the case.

On January 29, 2026, Judge Love issued a Report (Docket No. 16) recommending that the Court dismiss Plaintiff's lawsuit, with prejudice, for failure to state a claim upon which relief may be granted under 28 U.S.C. § 1915A(b)(1).  A copy of this Report was sent to Plaintiff at his last-known address. To date, however, Plaintiff neither filed objections nor otherwise responded to the Report.

The Court reviews the findings and conclusions of the Magistrate Judge de novo only if a party objects within fourteen days of the Report and Recommendation. 28 U.S.C. § 636(b)(1).  In conducting a de novo review, the Court examines the entire

1

record and makes an independent assessment under the law. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded on other grounds by statute*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten days to fourteen days).

Here, no objections have been filed. The Court therefore reviews the Magistrate Judge's findings for clear error or abuse of discretion and reviews his legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law.").

Having reviewed the Magistrate Judge's Report and the record in this case, the Court finds no clear error or abuse of discretion and no conclusions contrary to law. Accordingly, the Court hereby **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Docket No. 16) as the findings of this Court. It is therefore **ORDERED** this case is **DISMISSED with prejudice**, for failure to state a claim upon which relief may be granted under 28 U.S.C. § 1915A(b)(1).

So **ORDERED** and **SIGNED** this **27th** day of **April, 2026.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE